IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAGDY ABDELMASSIH, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MITRA QSR KNE LLC et al., | : | No. 16-4941 |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 28th day of February, 2018, upon consideration of Defendants' Motion for Partial Summary Judgment (Doc. No. 38), the responses and replies thereto (Doc. Nos. 50, 61, 69, 73, 76, 80, and 81) and oral argument held on January 29, 2018, it is hereby **ORDERED**:

1. The Defendants' Motion for Summary Judgment (Doc. No. 38) is **GRANTED IN PART** and **DENIED IN PART** as outlined in the Court's February 28, 2018 memorandum.

2. Any and all claims against Pushpak Patel and Manish Patel are **DISMISSED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE