# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAGDY ABDELMASSIH** : | **CIVIL ACTION** |
| *Plaintiff*, : | |
| : | |
| v. : | |
| **MITRA QSR KNE LLC, ET AL** : | **NO. 16-4941** |
| *Defendants.* : | |

## O R D E R

**AND NOW, TO WIT:** This 23rd day of July, 2018, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

S/Rose A. Barber
Rose A. Barber
Deputy Clerk - Civil
For Judge Gene E.K. Pratter
267-299-7352

Copies sent by ECF to:
Jo Bennett
Samantha J. Banks
Joyce L. Collier
Gregory B. Heller
Samuel W. Silver
Robert P. Floyd, III